UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN MARTINEZ & HECTOR MARTINEZ,<br><br>                              Plaintiffs,<br>   -against-<br><br>AVALANCHE CONSTRUCTION GROUP INC, A & P QUALITY CONSTRUCTION INC, ARTUR WILK, LHOTSE CORP. d/b/a TRIDENT CONTRACTING, LHOTSE CONTRACTING CORP., and ZBIGNIEW CHRZANOWSKI a/k/a ZIBBY CHRZANOWSKI,<br><br>                              Defendants. | **JUDGMENT**<br><br>1:25-cv-03980-MMG |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on September 17, 2025; and Defendants AVALANCHE CONSTRUCTION GROUP INC, A & P QUALITY CONSTRUCTION INC, ARTUR WILK, LHOTSE CORP. d/b/a TRIDENT CONTRACTING, LHOTSE CONTRACTING CORP., and ZBIGNIEW CHRZANOWSKI a/k/a ZIBBY CHRZANOWSKI having offered to allow entry of judgment to be taken against them and in favor of Plaintiffs KEVIN MARTINEZ & HECTOR MARTINEZ for the total of Fifty Thousand Dollars and Zero Cents ($50,000.00), which includes reimbursement of Plaintiffs' reasonable attorneys' fees and costs incurred to the date of this offer; it is ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs KEVIN MARTINEZ & HECTOR MARTINEZ and against Defendants AVALANCHE CONSTRUCTION GROUP INC, A & P QUALITY CONSTRUCTION INC, ARTUR WILK, LHOTSE CORP. d/b/a TRIDENT CONTRACTING, LHOTSE CONTRACTING CORP., and ZBIGNIEW CHRZANOWSKI a/k/a ZIBBY CHRZANOWSKI, for the total of Fifty Thousand Dollars and Zero Cents ($50,000.00), which includes reimbursement of Plaintiffs' reasonable attorneys' fees and costs incurred to the date of this offer.

Dated: New York, New York                         SO ORDERED:

September _____, 2025

                                                                           _____

                                                                           United States District Judge