```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN MARTINEZ & HECTOR MARTINEZ,

                Plaintiffs,

-against-

AVALANCHE CONSTRUCTION GROUP INC, A & P QUALITY CONSTRUCTION INC, ARTUR WILK, LHOTSE CORP. d/b/a TRIDENT CONTRACTING, LHOTSE CONTRACTING CORP., and ZBIGNIEW CHRZANOWSKI a/k/a ZIBBY CHRZANOWSKI,

                Defendants.

JUDGMENT

1:25-cv-03980-MMG

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on September 17, 2025; and Defendants AVALANCHE CONSTRUCTION GROUP INC, A & P QUALITY CONSTRUCTION INC, ARTUR WILK, LHOTSE CORP. d/b/a TRIDENT CONTRACTING, LHOTSE CONTRACTING CORP., and ZBIGNIEW CHRZANOWSKI a/k/a ZIBBY CHRZANOWSKI having offered to allow entry of judgment to be taken against them and in favor of Plaintiffs KEVIN MARTINEZ & HECTOR MARTINEZ for the total of Fifty Thousand Dollars and Zero Cents ($50,000.00), which includes reimbursement of Plaintiffs' reasonable attorneys' fees and costs incurred to the date of this offer; it is ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs KEVIN MARTINEZ & HECTOR MARTINEZ and against Defendants AVALANCHE CONSTRUCTION GROUP INC, A & P QUALITY CONSTRUCTION INC, ARTUR WILK, LHOTSE CORP. d/b/a TRIDENT CONTRACTING, LHOTSE CONTRACTING CORP., and ZBIGNIEW CHRZANOWSKI a/k/a ZIBBY CHRZANOWSKI, for the total of Fifty Thousand Dollars and Zero Cents ($50,000.00), which includes reimbursement of Plaintiffs' reasonable attorneys' fees and costs incurred to the date of this offer.

Dated: New York, New York

September __19__, 2025

SO ORDERED:

_____
HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE